UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JILBERTO GUZMAN-OSORIO,<br><br>  Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>  Respondent. | CASE NO. 2:24-cv-01203-JHC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation (R&R) of Magistrate Judge Grady J. Leupold, Dkt. # 5, and the remaining record, does hereby ORDER:

(1) Petitioner has not objected to the R&R.  The Court agrees with the R&R that Petitioner has failed to prosecute this case by failing to respond to the Clerk of Court's letter (Dkt. # 3), not paying the filing fee, not filing an in forma pauperis application, and not submitting a prison trust account statement.  Accordingly, the Court adopts the R&R.

(2) Petitioner's federal habeas Petition is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 11th day of October, 2024.

_____
JOHN H. CHUN
United States District Judge